Chukwuma E. AZUBUKO, Appellant,

v.

MASSACHUSETTS' STATE POLICE.

No. 05–2749.

United States Court of Appeals,
Third Circuit.

Submitted For Possible Dismissal Under
28 U.S.C. § 1915(e)(2)(B) Sept. 23,
2005.

Decided Oct. 28, 2005.

Chukwuma E. Azubuko, Boston, MA,
pro se.

Before SCIRICA, Chief Judge, WEIS
and GARTH, Circuit Judges.

## OPINION

PER CURIAM.

Chukwuma E. Azubuko appeals the District Court's denial of his request for a hearing by a three-judge panel of the district court. Because he sets forth no legal basis for such a hearing, we will dismiss his appeal as legally frivolous.

On September 2, 2004, Azubuko filed a Motion to Proceed In Forma Pauperis in the United States District Court for the Eastern District of Pennsylvania. In a written opinion filed on November 11, the District Court denied Azubuko's request to proceed in forma pauperis, and went on to observe that even if the motion had been granted, Azubuko's Complaint alleging civil rights violations by the Massachusetts State Police would nonetheless be dismissed for failure to state a claim upon which relief could be granted, lack of personal jurisdiction, and/or improper venue.[1] Azubuko filed a motion for reconsideration on December 1, 2004, which the Court denied on April 1, 2005. This was followed by a motion for a hearing by a three-judge court, filed on April 11, which was denied on May 12. On May 26, Azubuko timely filed a Notice of Appeal from the District Court's May 12 Order.

We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. Because Azubuko has been granted in forma pauperis status pursuant to 28 U.S.C. § 1915, we must first review this appeal for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B). An appeal may be dismissed as frivolous if it has no arguable basis in law or fact. Neitzke v. Williams, 490 U.S. 319, 325, 109 S.Ct. 1827, 1831–32, 104 L.Ed.2d 338 (1989). Azubuko appeals the District Court's denial of his request for a hearing by a three-judge panel of the District Court. In his motion, Azubuko cites no authority providing a basis for a hearing by a three-judge panel under the circumstances present in his case, and we are aware of none. As there is no legal basis for such a hearing, his appeal lacks an arguable basis in law, and accordingly, it will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

---

1. The Court also noted that Azubuko has filed numerous frivolous complaints in various state and federal courts over the past ten years, despite a warning from the Second Circuit in 2000 that future frivolous filings could result in sanctions.